

# In the Missouri Court of Appeals
## Eastern District

MAY 26, 2015


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1. ED100746    GINA MITAUER ET AL, APP V T.O.C.G.O. ET AL, RES

2. ED101084 STATE OF MISSOURI, RES V LEONARD MALLOY, APP

3. ED101263 THE CITY OF WELLSTON, MO, RES V JAMES KENNER, APP

4. ED101466 STATE OF MISSOURI, RES V COY D. CONAWAY, APP

5. ED101514 RICHARD CREWS, APP V STATE OF MISSOURI, RES

6. ED101784 ERIK ALLEN BURLE, APP V STATE OF MISSOURI, RES

7. ED101910 ERIC HARTMANN, RES V DJS/SMC, INC., APP

8. ED101961 M.W. RES V MUN COURT TOWN CTRY DFT

9. ED102132 VICTOR R. MOORE SR., APP V MBR MGMT CORP, RES